# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DORIS WILKINS**                                                                                    **PLAINTIFF**

**VS.**                                              **5:05CV00030-WRW**

**INTERNATIONAL PAPER COMPANY**                                            **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 18th day of December, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE